PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiffs:
BERNARD WALKER; LARRY BISCAMP;
VICTOR MCPETERS


RONALD BUSHNER, Esq. (SBN 98352)
REBECCA BENHURI, Esq. (SBN 209443)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, CA 94108
(415) 433-0990

Attorneys for Defendants:
A.F. EVANS COMPANY, INC.; EVANS PROPERTY MANAGEMENT, INC.;
OCEAN VIEW GARDENS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WALKER; LARRY BISCAMP; VICTOR MCPETERS, <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN VIEW GARDENS, LLC, A.F. EVANS COMPANY, INC.; EVANS PROPERTY MANAGEMENT, INC. and DOES 1-25, Inclusive, <br><br> Defendants. <br> _____/ | CASE NO. C05-3344 JL <br> <u>Civil Rights</u> <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: December 28, 2005 <br> Time: 10:30 a.m. <br> Place: Courtroom F, 15th Floor <br>         U.S. District Court <br>         450 Golden Gate Ave. <br>         San Francisco, CA 94102 <br> Judge: Hon. James Larson |

Plaintiffs BERNARD WALKER, LARRY BISCAMP, and VICTOR MCPETERS and defendants OCEAN VIEW GARDENS, LLC; A.F. EVANS COMPANY, INC.; and EVANS PROPERTY MANAGEMENT, INC., hereby jointly stipulate and request

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Case Management Conference: Case No. C05-3344 JL**

— 1 —

s:\jm\cases\o\oceanview gardens apartments\pleadings\stip to continue cmc.doc

that the Court continue the currently scheduled Case Management Conference from the current date of December 28, 2005, to January 18, 2005.

Good cause exists for continuing the scheduling conference:

1. The Case Management Conference in this case was originally scheduled for December 21, 2005. On December 13, 2005, the Court issued a notice continuing the Case Management Conference to December 28, 2005.

2. Plaintiff's counsel Julie McLean, who will be appearing on behalf of plaintiffs at the Case Management Conference, has a conflict with the December 28, 2005 CMC date as she has a previously-scheduled out-of-town vacation from December 26, 2005 through December 30, 2005.

3. Defense counsel Rebecca Benhuri is agreeable to continue the Case Management Conference date, and a telephone call to the Court's clerk confirmed that the Court is available for the requested date of January 18, 2006.

4. No party has previously requested a continuance of the CMC, and no party would be prejudiced by a continuance of the CMC.

Therefore, the parties now hereby request that the case management conference be continued to January 18, 2006 at 10:30 a.m., with the joint case management statement due by January 11, 2006.

Dated: December 13, 2005          PAUL L. REIN
                                  PATRICIA BARBOSA
                                  JULIE MCLEAN
                                  LAW OFFICES OF PAUL L. REIN

                                  /s/ Julie McLean
                                  Attorneys for Plaintiffs
                                  BERNARD WALKER; LARRY BISCAMP;
                                  VICTOR MCPETERS

///

///

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Case Management
Conference: Case No. C05-3344 JL                                          — 2 —
s:\jm\cases\o\oceanview gardens apartments\pleadings\stip to continue cmc.doc

| | |
|---|---|
| 1  Dated: December 13, 2005 | RONALD BUSHNER |
| 2 | REBECCA BENHURI |
|   | WILSON ELSER, MOSKOWITZ, |
| 3 | EDELMAN & DICKER LLP |
| 4 | /s/ Rebecca Benhuri |
|   | Attorneys for Defendants |
| 5 | A.F. EVANS COMPANY, INC.; EVANS |
|   | PROPERTY MANAGEMENT, INC.; OCEAN |
| 6 | VIEW GARDENS, LLC |

**ORDER**

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

The Case Management Conference scheduled for December 28, 2005, is continued to January 18, 2006, at 10:30 a.m., with a joint case management statement due January 11, 2006.

Dated: 12/16/05

*IT IS SO ORDERED*
*Judge James Larson*
(United States District Court, Northern District of California seal)

HON. JAMES LARSON
U.S. MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Case Management
Conference: Case No. C05-3344 JL

— 3 —
s:\jm\cases\o\oceanview gardens apartments\pleadings\stip to continue cmc.doc