1  PAUL L. REIN, Esq. (SBN 43053)
   PATRICIA BARBOSA, Esq. (SBN 125865)
2  JULIE MCLEAN, Esq. (SBN 215202)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  (510) 832-5001

5  Attorneys for Plaintiffs:
   BERNARD WALKER; LARRY BISCAMP;
6  VICTOR MCPETERS

7
   RONALD BUSHNER, Esq. (SBN 98352)
8  REBECCA BENHURI, Esq. (SBN 209443)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
9  525 Market St., 17th Floor
   San Francisco, CA 94105
10 (415) 433-0990

11 Attorneys for Defendants:
   A.F. EVANS COMPANY, INC.; EVANS
12 PROPERTY MANAGEMENT, INC.;
   OCEAN VIEW GARDENS, LLC

13

14                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
15

16 BERNARD WALKER; LARRY              CASE NO. C05-3344 JL
   BISCAMP; VICTOR MCPETERS,          Civil Rights
17
              Plaintiffs,
18                                    **STIPULATION AND [PROPOSED]**
   v.                                 **ORDER TO CONTINUE MEDIATION**
19                                    **DEADLINE AND FURTHER CASE**
                                      **MANAGEMENT CONFERENCE**
20 OCEAN VIEW GARDENS, LLC, A.F.
   EVANS COMPANY, INC.; EVANS         Current CMC Date:  April 19, 2006
21 PROPERTY MANAGEMENT, INC.          Time: 10:30 a.m.
   and DOES 1-25, Inclusive,          Place: Courtroom F, 15th Floor
22                                           U.S. District Court
              Defendants.                    450 Golden Gate Ave.
23                                           San Francisco, CA 94102
   _____/   Judge: Hon. James Larson
24

25

26
            Plaintiffs BERNARD WALKER, LARRY BISCAMP, and VICTOR
27
   MCPETERS and defendants OCEAN VIEW GARDENS, LLC; A.F. EVANS COMPANY,
28

---

**Stipulation to Continue Mediation Deadline and Further
Case Management Conference: Case No. C05-3344 JL**                                — 1 —

INC.; and EVANS PROPERTY MANAGEMENT, INC., hereby jointly stipulate and request that the Court continue the currently scheduled mediation deadline from April 3, 2006 to May 30, 2006, and to continue the Further Case Management Conference from the current date of April 19, 2006, to June 14, 2006.

Good cause exists for continuing the scheduling conference:

1.  The Case Management Conference in this case was held on January 18, 2006. At the Case Management Conference, the parties were ordered to cooperatively exchange information relative to claims and defenses and to hold a mediation by April 3, 2006.

2.  The parties have been diligently gathering information, but plaintiffs have not been able to gather all relevant medical treatment documents, and have not yet received a report from their access consultant, which report is necessary before plaintiffs can make a demand with regard to injunctive relief or hold any substantive settlement discussions.

3.  Plaintiff's counsel Julie McLean recently had a medical emergency and has been out of the office for a number of weeks. Therefore, she has been unable to finish gathering the relevant information in preparation for the mediation.

4.  Defense counsel Ron Bushner and Rebecca Benhuri have a trial scheduled for late April for which they are currently preparing. Therefore, defense counsel also requests the continuance of the mediation deadline to May 30, 2006, to allow the parties time to prepare so that they can hold meaningful settlement discussions at the mediation.

5.  The Further Case Management Conference should be held after the mediation, as the parties will not have anything substantive to report to the Court until the mediation is held.

6.  There are no trial or discovery dates set, and no party would be prejudiced by the requested continuance. The parties' assigned mediator, Jeffrey Ross, has been notified of the parties' intention to request a continuance of the mediation deadline, and has no objection.

Therefore, the parties now hereby request that the mediation deadline be continued from April 3, 2006, to May 30, 2006, and the further case management conference

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Mediation Deadline and Further
Case Management Conference: Case No. C05-3344 JL   — 2 —

s:\jm\cases\oloceanview gardens apartments\pleadings\stip to continue mediation deadline and further cmc.doc

1  be continued to June 14, 2006 at 10:30 a.m., with the joint case management statement due by
2  June 7, 2006.
3
4  Dated: March 16, 2006

PAUL L. REIN
PATRICIA BARBOSA
JULIE MCLEAN
LAW OFFICES OF PAUL L. REIN

*/s/ Julie McLean*

Attorneys for Plaintiffs
BERNARD WALKER; LARRY BISCAMP;
VICTOR MCPETERS

Dated: March 16, 2006

RONALD BUSHNER
REBECCA BENHURI
WILSON ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/*

Attorneys for Defendants
A.F. EVANS COMPANY, INC.; EVANS
PROPERTY MANAGEMENT, INC.; OCEAN
VIEW GARDENS, LLC

## ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

The mediation deadline is continued from April 3, 2006, to May 30, 2006. The Further Case Management Conference scheduled for April 19, 2006, is continued to June 14, 2006, at 10:30 a.m., with a joint case management statement due June 7, 2006.

Dated: 3/17/06

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Mediation Deadline and Further
Case Management Conference: Case No. C05-3344 JL

— 3 —