PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiffs:
BERNARD WALKER; LARRY BISCAMP;
VICTOR MCPETERS


RONALD BUSHNER, Esq. (SBN 98352)
REBECCA BENHURI, Esq. (SBN 209443)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market St., 17th Floor
San Francisco, CA 94105
(415) 433-0990

Attorneys for Defendants:
A.F. EVANS COMPANY, INC.; EVANS PROPERTY MANAGEMENT, INC.;
OCEAN VIEW GARDENS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WALKER; LARRY BISCAMP; VICTOR MCPETERS,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN VIEW GARDENS, LLC, A.F. EVANS COMPANY, INC.; EVANS PROPERTY MANAGEMENT, INC. and DOES 1-25, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C05-3344 JL<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date: June 14, 2006<br>Time: 10:30 a.m.<br>Place: Courtroom F, 15th Floor<br>      U.S. District Court<br>      450 Golden Gate Ave.<br>      San Francisco, CA 94102<br>Judge: Hon. James Larson |

Plaintiffs BERNARD WALKER, LARRY BISCAMP, and VICTOR MCPETERS and defendants OCEAN VIEW GARDENS, LLC; A.F. EVANS COMPANY, INC.; and EVANS PROPERTY MANAGEMENT, INC., hereby jointly stipulate and request

**Stipulation to Continue Mediation Deadline and Further Case Management Conference: Case No. C05-3344 JL**

— 1 —

s:\jm\cases\o\oceanview gardens apartments\pleadings\2nd stip to continue mediation deadline and further cmc.doc

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1   that the Court continue the currently scheduled mediation deadline from May 30, 2006, to July
2   31, 2006, and to continue the Further Case Management Conference from the current date of
3   June 14, 2006 to August 16, 2006.
4          Good cause exists for continuing the mediation deadline and case management
5   conference:
6          1.    The Case Management Conference in this case was held on January 18,
7   2006. At the Case Management Conference, the parties were ordered to cooperatively
8   exchange information relative to claims and defenses and to hold a mediation by April 3, 2006.
9   The deadline was extended once before, to its current date of May 30, 2006.
10          2.    The parties have been diligently gathering information, but the parties
11   have not been able to gather all relevant information in order to make a demand with regard to
12   injunctive relief and therefore cannot yet hold any substantive settlement discussions. The
13   parties have not been able to find mutually available dates to appear at a mediation before the
14   current deadline.
15          3.    Defendants had a coverage dispute with their general liability insurance
16   carrier, St. Paul Traveler's Insurance. St. Paul Traveler's has recently appointed *Cumis*
17   counsel, Ronald Bass, for defendants. Mr. Bass will need to appear in the case and get up to
18   speed before the defendants will be able to engage in any settlement discussions.
19          4.    The Further Case Management Conference should be held after the
20   mediation, as the parties will not have anything substantive to report to the Court until the
21   mediation is held.
22          5.    There are no trial or discovery dates set, and no party would be
23   prejudiced by the requested continuance. The parties' assigned mediator, Jeffrey Ross, has
24   been notified of the parties' intention to request a continuance of the mediation deadline, and
25   has no objection.
26          Therefore, the parties now hereby request that the mediation deadline be
27   continued from May 30, 2006, to July 31, 2006, and the further case management conference
28   be continued to August 16, 2006 at 10:30 a.m., with the joint case management statement due

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Mediation Deadline and Further
Case Management Conference: Case No. C05-3344 JL**

— 2 —

s:\jm\cases\o\oceanview gardens apartments\pleadings\2nd stip to continue mediation deadline and further cmc.doc

by August 9, 2006.

Dated: May 8, 2006

PAUL L. REIN
PATRICIA BARBOSA
JULIE MCLEAN
LAW OFFICES OF PAUL L. REIN

/s/ Julie McLean
Attorneys for Plaintiffs
BERNARD WALKER; LARRY BISCAMP;
VICTOR MCPETERS

Dated: May 8, 2006

RONALD BUSHNER
REBECCA BENHURI
WILSON ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ Rebecca Benhuri
Attorneys for Defendants
A.F. EVANS COMPANY, INC.; EVANS PROPERTY MANAGEMENT, INC.; OCEAN VIEW GARDENS, LLC

## ORDER

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

The mediation deadline is continued from May 30, 2006 to July 31, 2006. The Further Case Management Conference scheduled for June 14, 2006, is continued to August 16, 2006 at 10:30 a.m., with a joint case management statement due August 9, 2006.

Dated: May 9, 2006

_____
HON. JAMES LARSON
U.S. MAGISTRATE

*IT IS SO ORDERED — Judge James Larson — United States District Court, Northern District of California*

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Mediation Deadline and Further
Case Management Conference: Case No. C05-3344 JL

— 3 —

s:\jm\cases\o\oceanview gardens apartments\pleadings\2nd stip to continue mediation deadline and further cmc.doc