1  RONALD S. BUSHNER (State Bar No. 98352)
   REBECCA BENHURI (State Bar No. 209443)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
5
   Attorneys for Defendants, A.F. EVANS COMPANY, INC.,
6    EVANS PROPERTY MANAGEMENT, INC. and OCEAN
     VIEW GARDENS, LLC
7
   PAUL L. REIN (State Bar No. 98352)
8  PATRICIA BARBOSA (State Bar No. 125865)
   JULIE MCLEAN (State Bar No. 215202)
9  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
10 Oakland, California 95612
   Telephone: (510) 832-5001
11 Facsimile: (510) 832-487

12 Attorneys for Plaintiffs BERNARD WALKER, LARRY BISCAMP
     and VICTOR MCPETERS
13

14              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16 BERNARD WALKER, LARRY BISCAMP, VICTOR MCPETERS, ) | Case No.: C05-03344JL |
| 17 ) | |
| Plaintiffs, ) | STIPULATION AND [R̶R̶O̶R̶O̶S̶E̶D̶] [PROPOSED] |
| 18 ) | ORDER TO CONTINUE MEDIATION |
| vs. ) | DEADLINE AND FURTHER CASE |
| 19 ) | MANAGEMENT CONFERENCE |
| 20 OCEAN VIEW GARDENS, LLC, A.F. ) | Current CMC Date: August 16, 2006 |
| EVANS COMPANY, INC., EVANS ) | Time: 10:30 a.m. |
| 21 PROPERTY MANAGEMENT, INC. and ) | Place: Courtroom F, 15th Floor |
| DOES 1-25, Inclusive, ) | U.S. District Court |
| 22 ) | 450 Golden Gate Ave. |
| Defendants. ) | San Francisco, CA 94102 |
| 23 ) | Judge: Hon. James Larson |

24
25         Plaintiffs BERNARD WALKER, LARRY BISCAMP and VICTOR MCPETERS and

26 defendants A.F. EVANS COMPANY, INC., EVANS PROPERTY MANAGEMENT, INC. and

27 OCEAN VIEW GARDENS, LLC, hereby jointly stipulate and request that the Court continue the

28 currently scheduled mediation deadline from July 31, 2006 to September 8, 2006, and to continue

---

1

Case No.: C05-03344JL    STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND FURTHER CMC
222734.1

the Further Case Management Conference from the current date of August 16, 2006 to September 27, 2006.

   Good cause exists for continuing the mediation deadline and case management conference:

   1. The Case Management Conference in this case was held on January 18, 2006. At the Case Management Conference, the parties were ordered to cooperatively exchange information relative to claims and defenses and to hold a mediation by April 3, 2006. The deadline has been twice extended, to July 31, 2006.

   2. The parties have been diligently gathering information, but the parties have not been able to gather all relevant information in order to make a demand with regard to injunctive relief and therefore cannot yet hold any substantive settlement discussions. There has been unavoidable delay in plaintiffs' providing their site inspection report and demand to defendants, and such report and demand was provided on June 19, 2006. This does not permit defendants enough time to analyze the demand and conduct their own site inspection with their retained expert consultant prior to the scheduled mediation date of July 17, 2006.

   3. St. Paul Traveler's recently appointed *Cumis* counsel, Ronald Bass, is not available on July 17, 2006, the scheduled date for mediation. There were no other mutually available dates within the current mediation deadline of July 31, 2006.

   4. The Further Case Management Conference should be held after the mediation, as the parties will not have anything substantive to report to the Court until the mediation is held.

   5. There are no trial or discovery dates set, and no party will be prejudiced by the requested continuance. The parties assigned mediator, Jeffrey Ross, has been notified of the parties' intention to request a continuance of the mediation deadline.

   Therefore, the parties now hereby request that the mediation deadline be continued from July 31, 2006 to September 8, 2006 at 10:30 a.m., with the joint case management statement due by September 20, 2006.

\\\

\\\

1  Dated: June 19, 2006

2
3                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
4
                             By: _____/s/_____
5                                RONALD BUSHNER
                                 REBECCA BENHURI
6                                Attorneys for Defendants A.F. EVANS COMPANY, INC.,
                                 EVANS PROPERTY MANAGEMENT, INC. and OCEAN
7                                VIEW GARDENS LLC

   Dated: June 19, 2006
8
9                            LAW OFFICES OF PAUL L. REIN
10
                             By: _____/s/ Julie McLean_____
11                               PAUL L. REIN
                                 PATRICIA BARBOSA
12                               JULIE MCLEAN
                                 Attorneys for Plaintiffs BERNARD WALKER, LARRY
13                               BISCAMP and VICTOR MCPETERS

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                   3
Case No.: C05-03344JL   STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND FURTHER CMC
222734.1
TOTAL P.05

# ORDER

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

The mediation deadline is continued from July 31, 2006 to September 8, 2006. The Further Case Management Conference scheduled for August 16, 2006 at 10:30 a.m. is continued to September 27, 2006 at 10:30 a.m. with a joint Case Management Statement due September 20, 2006.

DATED: June 27, 2006



HON. JAMES LARSON
U.S. MAGISTRATE JUDGE

# PROOF OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND FURTHER CASE MANAGEMENT CONFERENCE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XXX:**  **By Electronic Mail:**  I caused each such document to be electronically served to the office of the addressee(s).

☐   **By First Class Mail:**  A copy of said document(s) was placed for deposit in the **United States Postal Service** in sealed envelope(s), with postage fully prepaid for collection and mailing on that date following ordinary business practice.

☐   **By Overnight Courier:**  A copy of said document(s) was processed for delivery by **Federal Express** in a sealed Federal Express mailer, with previously made payment arrangements, duly addressed, and sent via overnight mail.

☐   **By Facsimile:**  A copy of said document(s) was successfully transmitted by **facsimile** pursuant to C.C.P. § 1013(e) from 415/433-0990 to the number listed with the address. Said transmission was reported complete and without error.

Paul L. Rein, Esq.
Patricia Barbosa, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
Tel: (510) 832-5001
***Attorney for Plaintiff***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on June 20, 2006 at San Francisco, California.

_____
S. Stephen Hetzler