1   RONALD S. BUSHNER (State Bar No. 98352)
    REBECCA BENHURI (State Bar No. 209443)
2   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
3   San Francisco, California 94105
    Telephone: (415) 433-0990
4   Facsimile: (415) 434-1370

5   Attorneys for Defendants, A.F. EVANS COMPANY, INC.,
       EVANS PROPERTY MANAGEMENT, INC. and OCEAN
6       VIEW GARDENS, LLC

7   RONALD B. BASS (State Bar No. 98022)
    LINDA H. LEONG (State Bar No. 203500)
8   LAW OFFICES OF RONALD B. BASS
    560 Lennon Lane, Suite 100
9   Walnut Creek, California  94598-2455
    Telephone: (925) 256-9855
10  Facsimile: (925) 943-1427

11  Attorneys for Defendants, A.F. EVANS COMPANY, INC.,
       EVANS PROPERTY MANAGEMENT, INC. and OCEAN
12      VIEW GARDENS, LLC

13  PAUL L. REIN (State Bar No. 98352)
    PATRICIA BARBOSA (State Bar No. 125865)
14  JULIE MCLEAN (State Bar No. 215202)
    LAW OFFICES OF PAUL L. REIN
15  200 Lakeside Drive, Suite A
    Oakland, California 95612
16  Telephone: (510) 832-5001
    Facsimile: (510) 832-487

17
    Attorneys for Plaintiffs BERNARD WALKER, LARRY BISCAMP
18     and VICTOR MCPETERS

19
                    UNITED STATES DISTRICT COURT
20
                  NORTHERN DISTRICT OF CALIFORNIA

21  BERNARD WALKER, LARRY BISCAMP,        )   Case No.: C05-03344JL
    VICTOR MCPETERS,                      )
22                                        )   **STIPULATION AND [PROPOSED]**
                                          )   **ORDER TO CONTINUE MEDIATION**
23                Plaintiffs,             )   **DEADLINE AND FURTHER CASE**
                                          )   **MANAGEMENT CONFERENCE**
24          vs.                           )
                                          )   Current CMC Date:  September 27, 2006
25  OCEAN VIEW GARDENS, LLC, A.F.         )   Time: 10:30 a.m.
    EVANS COMPANY, INC., EVANS            )   Place: Courtroom F, 15th Floor
26  PROPERTY MANAGEMENT, INC. and         )          U.S. District Court
    DOES 1-25, Inclusive,                 )          450 Golden Gate Ave.
27                                        )          San Francisco, CA 94102
                  Defendants.             )   Judge:  Hon. James Larson
28                                        )

---

                                   1

1

2
      Plaintiffs BERNARD WALKER, LARRY BISCAMP and VICTOR MCPETERS and

3
defendants A.F. EVANS COMPANY, INC., EVANS PROPERTY MANAGEMENT, INC.

4
and OCEAN VIEW GARDENS, LLC, hereby jointly stipulate and request that the Court

5
continue the currently scheduled mediation deadline from September 8, 2006 to November 8,

6
2006, and to continue the Further Case Management Conference from the current date of

7
September 27, 2006 to November 29, 2006.

8
      Good cause exists for continuing the mediation deadline and case management

9
conference:

10
      1.     The Case Management Conference in this case was held on January 18, 2006.

11
At the Case Management Conference, the parties were ordered to cooperatively exchange

12
information relative to claims and defenses and to hold a mediation by April 3, 2006.  The

13
deadline has been extended three times, to September 8, 2006 due to delays in scheduling site

14
inspections and obtaining the necessary information prior to the mediation.

15
      2.     The parties have been diligently gathering information, and have conducted

16
their respective site inspections.  In addition, plaintiffs have made their demand for equitable

17
relief.  The parties attempted to schedule this matter for mediation prior to the mediation

18
deadline of September 8, 2006.  However, the scheduling has been difficult in this case, and

19
the only date that was available to all the parties was September 14, 2006.  While all the parties

20
were available on that date, the court appointed mediator, Jeffrey A. Ross was not.   Given the

21
difficulty the parties have had with scheduling, and since he was the only person unavailable

22
on September 14, 2006, Mr. Ross suggested that the parties request that the court appoint a

23
different mediator.  The parties made that request, and the court appointed Howard Herman to

24
mediate this matter.  After Mr. Herman was appointed, the parties were informed by Mr.

25
Herman that he was not available on September 14, 2006.  The parties then attempted to

26
reschedule the mediation on a different date, prior to the date the Joint Case Management

27
Conference Statement would be due (September 20, 2006).  No one date would work for all the

28
parties and the mediator.  The first available date for all the parties and the mediator is

November 8, 2006, and that date has now been reserved by all the parties and the mediator.

3.    The Further Case Management Conference should be held after the mediation, as the parties will not have anything substantive to report to the Court until the mediation is held.

4.    There are no trial or discovery dates set, and no party will be prejudiced by the requested continuance.  The parties' newly assigned mediator, Howard Herman, has been notified of the parties' intention to request a continuance of the mediation deadline.  The parties have reserved November 8, 2006 for the mediation with Mr. Herman.

Therefore, the parties now hereby request that the mediation deadline be continued from September 8, 2006 to November 8, 2006, and the Case Management Conference be continued from September 27, 2006 to November 29, 2006, with the Joint Case Management statement due by November 22, 2006.

Dated: September 18, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____

RONALD BUSHNER
REBECCA BENHURI
Attorneys for Defendants A.F. EVANS COMPANY, INC.,
EVANS PROPERTY MANAGEMENT, INC. and OCEAN
VIEW GARDENS LLC

Dated: September 17, 2006

LAW OFFICES OF RONALD B. BASS

By: _____

RONALD B. BASS
Attorneys for Defendants A.F. EVANS COMPANY, INC.,
EVANS PROPERTY MANAGEMENT, INC. and OCEAN
VIEW GARDENS LLC

---

3

Case No.: C05-03344JL    STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND FURTHER CMC
240019.1

Dated: September 18, 2006

LAW OFFICES OF PAUL L. REIN

By: _Paul L Rein_____
PAUL L. REIN
PATRICIA BARBOSA
JULIE MCLEAN
Attorneys for Plaintiffs BERNARD WALKER, LARRY
BISCAMP and VICTOR MCPETERS

---

4

1

## <u>ORDER</u>

2

3      **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO**

4 **ORDERED:**

5      The mediation deadline is continued from September 8, 2006 to November 8, 2006.

6 The Further Case Management Conference scheduled for September 27, 2006 at 10:30 a.m. is

7 continued to November 29, 2006 at 10:30 a.m. with a Joint Case Management Statement due

8 November 22, 2006.

9

10

          September 19, 2006

11 DATED: _____



12

13

14      HON. JAMES LARSON

15      U.S. MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: C05-03344JL    STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND FURTHER CMC
240019.1