1  PAUL L. REIN, Esq. (SBN 43053)
   PATRICIA BARBOSA, Esq. (SBN 125865)
2  JULIE MCLEAN, Esq. (SBN 215202)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  (510) 832-5001

5  Attorneys for Plaintiffs:
   BERNARD WALKER; LARRY BISCAMP;
6  VICTOR MCPETERS

7
   RONALD BUSHNER, Esq. (SBN 98352)
8  REBECCA BENHURI, Esq. (SBN 209443)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
9  525 Market St., 17th Floor
   San Francisco, CA 94105
10 (415) 433-0990

11 RONALD B. BASS, Esq. (SBN 89022)
   LINDA LEONG, Esq. (SBN 203500)
12 LAW OFFICES OF RONALD B. BASS
   560 Lennon Lane, Suite 100
13 Walnut Creek, California  94598-2455
   (925) 256-9855
14
   Attorneys for Defendants:
15 A.F. EVANS COMPANY, INC.; EVANS
   PROPERTY MANAGEMENT, INC.;
16 OCEAN VIEW GARDENS, LLC

17

18                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
19

20 BERNARD WALKER; LARRY            CASE NO. C05-3344 JL
   BISCAMP; VICTOR MCPETERS,        Civil Rights
21
          Plaintiffs,
22
   v.                              STIPULATION AND [PROPOSED]
                                    ORDER TO CONTINUE FURTHER CASE
23                                  MANAGEMENT CONFERENCE

24 OCEAN VIEW GARDENS, LLC, A.F.     Current CMC Date:  November 29, 2006
   EVANS COMPANY, INC.; EVANS       Time:  10:30 a.m.
25 PROPERTY MANAGEMENT, INC.        Place:  Courtroom F, 15th Floor
   and DOES 1-25, Inclusive,               U.S. District Court
26                                         450 Golden Gate Ave.
          Defendants.                      San Francisco, CA 94102
27                            /      Judge:  Hon. James Larson

28

**Stipulation to Continue Further Case Management
Conference: Case No. C05-3344 JL**

— 1 —

s:\jm\cases\o\oceanview gardens apartments\pleadings\stip to cont firth cmc.doc

1   Plaintiffs BERNARD WALKER, LARRY BISCAMP, and VICTOR

2   MCPETERS and defendants OCEAN VIEW GARDENS, LLC; A.F. EVANS COMPANY,

3   INC.; and EVANS PROPERTY MANAGEMENT, INC., hereby jointly stipulate and request

4   that the Court continue the currently scheduled Further Case Management Conference from the

5   current date of November 29, 2006 to February 21, 2007.

6           Good cause exists for continuing the mediation deadline and case management

7   conference:

8           1.      The initial Case Management Conference in this case was held on

9   January 18, 2006.  Since then, the parties have been diligently exchanging information,

10  including several joint site visits, working as quickly as possible toward settlement given the

11  addition of *Cumis* counsel for defendants, plaintiffs' repeated and lengthy hospitalizations, and

12  the need to change mediators due to the unavailability of the first assigned mediator.

13          2.      On November 8, 2006, a mediation session was held at the subject

14  premises (the apartment complex owned and operated by defendants, where two of the

15  plaintiffs continue to live).  After many hours of mediation under the guidance of ADR

16  Program Counsel Howard Herman, which mediation involved lengthy walk-throughs of the

17  subject apartments, the issue of injunctive relief has been settled in principle and the parties'

18  counsel are in the process of reducing the agreement to writing, which process is expected to be

19  completed sometime in December.

20          3.      After the agreement has been completed and signed by all parties, it will

21  be submitted to the Court for approval.  Following this, the parties have agreed to hold another

22  mediation session with Howard Herman to work toward settlement of the monetary issues in

23  this case, which mediation will be scheduled for January 2007.  Therefore at this time, the

24  parties believe that a further Case Management Conference is not necessary, and would

25  unnecessarily use the Court's time and increase the attorney's fees in the action, making the

26  case less likely to settle.

27          4.      The parties believe that the Further Case Management Conference

28  should be held after the further mediation, so that the Court can set dates in the event that the

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Further Case Management
Conference: Case No. C05-3344 JL**

— 2 —

s:\jm\cases\o\oceanview gardens apartments\pleadings\stip to cont furth cmc.doc

1  parties are not able to resolve the remaining issues through the settlement process.

2     5.      There are no trial or discovery dates set, and no party would be

3  prejudiced by the requested continuance. The parties' assigned mediator, Howard Herman, is

4  aware of and has stated that he supports the parties' intention to request a continuance of the

5  mediation deadline.

6     Therefore, the parties now hereby request that the further case management

7  conference be continued to February 21, 2007 at 10:30 a.m., with the joint case management

8  statement due by February 14, 2007.

9

10  Dated: November 17, 2006

            PAUL L. REIN
            PATRICIA BARBOSA
11          JULIE MCLEAN
            LAW OFFICES OF PAUL L. REIN
12

13

14  Attorneys for Plaintiffs
            BERNARD WALKER; LARRY BISCAMP;
            VICTOR MCPETERS
15

16  Dated: November 16, 2006

            RONALD BUSHNER
            REBECCA BENHURI
17          WILSON ELSER, MOSKOWITZ,
            EDELMAN & DICKER LLP
18

19

20  Attorneys for Defendants
            A.F. EVANS COMPANY, INC.; EVANS
            PROPERTY MANAGEMENT, INC.; OCEAN
21          VIEW GARDENS, LLC

22  Dated: November __, 2006

            RONALD B. BASS
            LINDA LEONG
23          LAW OFFICES OF RONALD B. BASS

24

25  Attorneys for Defendants
            A.F. EVANS COMPANY, INC.; EVANS
26          PROPERTY MANAGEMENT, INC.; OCEAN
            VIEW GARDENS, LLC

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further Case Management
Conference: Case No. C05-3344 JL

1  parties are not able to resolve the remaining issues through the settlement process.

2       5.     There are no trial or discovery dates set, and no party would be

3  prejudiced by the requested continuance. The parties' assigned mediator, Howard Herman, is

4  aware of and has stated that he supports the parties' intention to request a continuance of the

5  mediation deadline.

6       Therefore, the parties now hereby request that the further case management

7  conference be continued to February 21, 2007 at 10:30 a.m., with the joint case management

8  statement due by February 14, 2007.

9

10  Dated: November ___, 2006          PAUL L. REIN
                                       PATRICIA BARBOSA

11                                         JULIE MCLEAN
                                       LAW OFFICES OF PAUL L. REIN

12

13                                         _____
                                       Attorneys for Plaintiffs

14                                         BERNARD WALKER; LARRY BISCAMP;
                                       VICTOR MCPETERS

15

16  Dated: November ___, 2006          RONALD BUSHNER
                                       REBECCA BENHURI

17                                         WILSON ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

18

19                                         _____
                                       Attorneys for Defendants

20                                         A.F. EVANS COMPANY, INC.; EVANS
                                       PROPERTY MANAGEMENT, INC.; OCEAN
                                       VIEW GARDENS, LLC

21

22  Dated: November 17, 2006          RONALD B. BASS
                                       LINDA LEONG

23                                         LAW OFFICES OF RONALD B. BASS

24                                         _____
                                       Attorneys for Defendants

25                                         A.F. EVANS COMPANY, INC.; EVANS
                                       PROPERTY MANAGEMENT, INC.; OCEAN

26                                         VIEW GARDENS, LLC

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Further Case Management
Conference: Case No. C05-3344 JL

— 3 —

c:\documents and settings\linda\local settings\temporary internet files\olk\se further revised stip to cont 5mdr xinc r2.doc

1

2
## ORDER

3
**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO**

4
**ORDERED.**

5
        The Further Case Management Conference scheduled for November 29, 2006, is

6
continued to February 21, 2007 at 10:30 a.m., with a joint case management statement due

7
February 14, 2007.

8
        November 22, 2006
Dated:_____

9



IT IS SO ORDERED

Judge James Larson

10

11   HO
     U.S.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Further Case Management Conference:**
**Case No. C05-3344 JL**

— 4 —

s:\jm\cases\o\oceanview gardens apartments\pleadings\stip to cont furth cmc.doc