1   PAUL L. REIN, Esq. (SBN 43053)
    PATRICIA BARBOSA, Esq. (SBN 125865)
2   JULIE A. OSTIL, Esq. (SBN 215202)
    LAW OFFICES OF PAUL L. REIN
3   200 Lakeside Dr., Suite A
    Oakland, CA 94612
4   (510) 832-5001

5   Attorneys for Plaintiffs:
    BERNARD WALKER; LARRY BISCAMP;
6   VICTOR MCPETERS

7   RONALD BUSHNER, Esq. (SBN 98352)
    REBECCA BENHURI, Esq. (SBN 209443)
8   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    525 Market St., 17th Floor
9   San Francisco, CA 94105
    (415) 433-0990

10  Attorneys for Defendants:
11  A.F. EVANS COMPANY, INC.; EVANS
    PROPERTY MANAGEMENT, INC.;
12  OCEAN VIEW GARDENS, LLC

13  RONALD B. BASS, Esq. (SBN 89022)
    LINDA H. LEONG, Esq. (SBN 203500)
14  LAW OFFICES OF RONALD B. BASS
    560 Lennon Lane, Suite 100
15  Walnut Creek, California 94598-2455
    Telephone: (925) 256-9855
16  Facsimile: (925) 943-1427

17  Attorneys for Defendants, A.F. EVANS COMPANY, INC.,
    EVANS PROPERTY MANAGEMENT, INC. and
18  OCEAN VIEW GARDENS, LLC

19              UNITED STATES DISTRICT COURT
20            NORTHERN DISTRICT OF CALIFORNIA

21  BERNARD WALKER; LARRY            CASE NO. C05-3344 JL
    BISCAMP; VICTOR MCPETERS,        Civil Rights
22
              Plaintiffs,
23  v.                               **CONSENT DECREE AND [PROPOSED]
                                     ORDER REGARDING DAMAGES AND
24  OCEAN VIEW GARDENS, LLC, A.F.    ATTORNEY FEES**
    EVANS COMPANY, INC.; EVANS
25  PROPERTY MANAGEMENT, INC.
    and DOES 1-25, Inclusive,
26
              Defendants.
27  _____/
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL            — 1 —

S:\jo\Cases\D\Oceanview Gardens Apartment\pleading\Consent Decree re damages & fees FINAL.doc

**CONSENT DECREE AND ORDER**

1.  Plaintiffs BERNARD WALKER, LARRY BISCAMP, and VICTOR MCPETERS filed their Complaint on August 17, 2005, alleging that defendants had violated their right to full use and enjoyment of their rental housing based on plaintiffs' disabilities, in violation of provisions of the Federal Fair Housing Act, 42 USC §3601 et seq, the Rehabilitation Act of 1974, 29 USC §705, the California Fair Employment and Housing Act, Government Code §12900 et seq., and California Civil Code § 54.1, at the housing complex known as "Ocean View Gardens Apartments" at 1725A, 1727A, and 1729A 5th Street, in Berkeley, California, and adjoining common grounds, from June 2004 to the present.

2.  Defendants OCEAN VIEW GARDENS, LLC; A.F. EVANS COMPANY, INC.; and EVANS PROPERTY MANAGEMENT, INC. ("Defendants") deny all of the allegations raised by plaintiffs in their Complaint ("Complaint") and by entering into this Consent Decree and Order do not admit liability to any of the allegations in Plaintiffs' Complaint filed in this action.

3.  The parties entered into a Consent Decree and Order, entered by the Court on February 12, 2007, which resolved plaintiffs' claims for injunctive relief but reserved the issues of plaintiffs' claims for damages, attorney fees, litigation expenses, and costs. The parties now enter into this Consent Decree and Order for the purpose of resolving the remaining issues in this lawsuit without the need for protracted litigation.

**JURISDICTION:**

4.  The parties to this consent decree agree that this Court has jurisdiction of this action pursuant to 28 USC §1331 for alleged violations of the Federal Fair Housing Act, 42 USC §3601 et seq, and the Rehabilitation Act of 1974, 29 USC §705. Pursuant to supplemental jurisdiction, attendant and related causes of action arising from the same facts are also properly brought under California law, including but not limited to violations of California Fair Employment and Housing Act, Government Code §12900 et seq., and California Civil

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL**  — 2 —

1    Code § 54.1.

2        5.     In order to avoid the costs, expense, and uncertainty of protracted litigation, the

3   parties to this consent decree agree to entry of this Order to resolve all remaining claims

4   regarding damages and attorney fees, litigation expenses and costs raised in the Complaint filed

5   with this Court on August 17, 2005. Accordingly, they agree to the entry of this Order without

6   trial or further adjudication of any issues of fact or law concerning any of plaintiffs' claims.

7        WHEREFORE, the parties to this consent decree hereby agree and stipulate to

8   the Court's entry of this Consent Decree and Order, which provides as follows:

9

10   **SETTLEMENT OF DAMAGES AND ATTORNEY FEES, LITIGATION EXPENSES**

11   **AND COSTS:**

12        6.     This Order shall be a full, complete, and final disposition and settlement of

13   Plaintiffs' claims against Defendants for damages, including personal injury, civil rights,

14   emotional distress, and any other form of damages, and attorney fees, litigation expenses and

15   costs that have arisen out of the subject Complaint. The parties agree that there has been no

16   admission or finding of liability or violation of federal and/or California civil rights laws, and

17   this Consent Decree and Order should not be construed as such.

18        7.     Defendants will pay to plaintiffs the sum of $250,000 in full and final

19   satisfaction of their claims for damages and attorney fees, litigation expenses and costs.

20   Payment shall be made within 20 days of the parties' execution of this Consent Decree and

21   shall be made by check to "Paul Rein In Trust for Bernard Walker, Victor McPeters, and Larry

22   Biscamp."

23

24   **ENTIRE CONSENT DECREE AND ORDER**:

25        8.     This Consent Decree and Order constitutes the entire agreement between the

26   parties on the matters of damages and attorney fees, litigation expenses and costs, and no other

27   statement, promise, or agreement, either written or oral, made by any of the parties or agents of

28   any of the parties, that is not contained in this written Consent Decree and Order, shall be

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL**     — 3 —     S:\je\Cases\O'Connorview Gardens Apartments\pleading\Consent Decree re damages & fees FINAL.doc

1 enforceable regarding the matters of damages and attorney fees, litigation expenses and costs
2 described herein.
3
4 **CONSENT DECREE BINDING ON PARTIES AND SUCCESSORS IN INTEREST**:
5     9.    This Consent Decree and Order shall be binding on Plaintiffs BERNARD
6 WALKER, VICTOR MCPETERS, and LARRY BISCAMP; Defendants, OCEAN VIEW
7 GARDENS, LLC; A.F. EVANS COMPANY, INC.; and EVANS PROPERTY
8 MANAGEMENT, INC.; and any successors in interest. The parties have a duty to so notify all
9 such successors in interest of the existence and terms of this Consent Decree and Order during
10 the period of the Court's jurisdiction of this Consent Decree.
11
12 **MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:**
13     10.   Each of the parties to this Consent Decree understands and agrees that there is a
14 risk and possibility that, subsequent to the execution of this Consent Decree, any or all of them
15 will incur, suffer, or experience some further loss or damage with respect to the Lawsuit which
16 are unknown or unanticipated at the time this Consent Decree is signed. Except for all
17 obligations required in this Consent Decree, the parties intend that this Consent Decree apply to
18 all such further loss with respect to the Lawsuit, except those caused by the parties subsequent
19 to the execution of this Consent Decree. Therefore, except for all obligations required in this
20 Consent Decree, this Consent Decree shall apply to and cover any and all claims, demands,
21 actions and causes of action by the parties to this Consent Decree with respect to the Lawsuit,
22 whether the same are known, unknown or hereafter discovered or ascertained.
23     11.   Except for all obligations required in this Consent Decree, each plaintiff,
24 individually, and on behalf of his respective heirs, agents, representatives, successors and
25 assigns, releases and forever discharges each defendant and its officers, directors, shareholders,
26 subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents,
27 attorneys, and insurance carriers, from all claims, demands, actions, and causes of action of
28 whatever kind or nature, presently known or unknown, arising out of or in any way connected

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL**   — 4 —

1    with the Lawsuit.

2          Except for all obligations required in this Consent Decree, each defendant, individually

3    and on behalf of its respective successors and assigns releases and forever discharges each

4    plaintiff and his respective heirs, agents, representatives, successors and assigns, from all

5    claims, demands, actions, and causes of action of whatever kind or nature, presently known or

6    unknown, arising out of or in any way connected with the Lawsuit.

7          12.    The provisions of Section 1542 of the California Civil Code are hereby

8    expressly waived.  Section 1542 provides as follows:

9          A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE

10         CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR

11         AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR

12         HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT

13         WITH THE DEBTOR.

14

15   **TERM OF THE CONSENT DECREE AND ORDER**:

16         13.    The Court shall retain jurisdiction of this action to enforce provisions of this

17   Order until the settlement payment contemplated under this Consent Decree has been made by

18   defendants and received by plaintiffs' attorneys.

19

20   **SEVERABILITY**:

21         14.    If any term of this Consent Decree and Order is determined by any court to be

22   unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in

23   full force and effect.

24

25   **SIGNATORIES BIND PARTIES**:

26         15.    Signatories on behalf of the parties represent that they are authorized to bind the

27   parties to this Consent Decree and Order.  The Consent Decree may be signed in counterparts

28   and a facsimile signature shall have the same force and effect as an original signature.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL**    — 5 —

S:\s\Cases\O\Oceanview Gardens Apartments\pleadings\Consent Decree re damages & fees FINAL.doc

1         Nothing herein shall be deemed to supersede or affect the Consent Decree and Order,

2  entered by the Court on February 12, 2007 which resolved plaintiffs' claims for injunctive

3  relief and which shall remain in full force and effect in accordance with its terms.

4         The foregoing resolves all issues of plaintiffs' claims for damages, attorneys fees,

5  litigation expenses, and costs.

6

7

8  Dated: April 23, 2007

9

10  Dated: April    , 2007            Plaintiff VICTOR MCPETERS

11

12                                Plaintiff LARRY BISCAMP

13  Dated: April    , 2007

14

15                                  Plaintiff BERNARD WALKER

16  Dated: April    , 2007

17                                  Defendant OCEAN VIEW GARDENS, LLC

18  Dated: April    , 2007

19

20                                  Defendant A.F. EVANS COMPANY, INC.

21  Dated: April    , 2007

22

23                                  Defendant EVANS PROPERTY
MANAGEMENT, INC.

24

25

26

27

28                      [SIGNATURES CONTINUED ON THE NEXT PAGE]

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL**    — 6 —    S:\p\Cases\O\Oceanview Gardens Apartment\pleadings\Consent Decree re damages & fees FINAL.doc

1    Nothing herein shall be deemed to supersede or affect the Consent Decree and Order,

2    entered by the Court on February 12, 2007 which resolved plaintiffs' claims for injunctive

3    relief and which shall remain in full force and effect in accordance with its terms.

4    The foregoing resolves all issues of plaintiffs' claims for damages, attorneys fees,

5    litigation expenses, and costs.

6

7

8    Dated: April         , 2007

9

10   Dated: April 25 , 2007                    Plaintiff VICTOR MCPETERS

11

12                                             Plaintiff LARRY BISCAMP

13   Dated: April         , 2007

14

15   Dated: April         , 2007              Plaintiff BERNARD WALKER

16

17                                             Defendant OCEAN VIEW GARDENS, LLC

18   Dated: April         , 2007

19

20                                             Defendant A.F. EVANS COMPANY, INC.

21   Dated: April         , 2007

22

23                                             Defendant EVANS PROPERTY
                                               MANAGEMENT, INC.
24

25

26

27

28              [SIGNATURES CONTINUED ON THE NEXT PAGE]

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL**        — 6 —        S:\jsl\Cases\O\Oceanview Gardens Apartments\pleadings\Consent Decree re damages & fees FINAL.doc

1.      Nothing herein shall be deemed to supersede or affect the Consent Decree and Order,

2.    entered by the Court on February 12, 2007 which resolved plaintiffs' claims for injunctive

3.    relief and which shall remain in full force and effect in accordance with its terms.

4.        The foregoing resolves all issues of plaintiffs' claims for damages, attorneys fees,

5.    litigation expenses, and costs.

6

7

8    Dated: April        , 2007

9

10   Dated: April        , 2007                        Plaintiff VICTOR MCPETERS

11

12                                                     Plaintiff LARRY BISCAMP

13   Dated: April  23, 2007

14                                                     Plaintiff BERNARD WALKER

15   Dated: April        , 2007

16

17                                                     Defendant OCEAN VIEW GARDENS, LLC

18   Dated: April        , 2007

19

20                                                     Defendant A.F. EVANS COMPANY, INC.

21   Dated: April        , 2007

22

23                                                     Defendant EVANS PROPERTY
                                                       MANAGEMENT, INC.

24

25

26

27

28                   [SIGNATURES CONTINUED ON THE NEXT PAGE]

**Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL**        — 6 —

1    Nothing herein shall be deemed to supersede or affect the Consent Decree and Order,

2    entered by the Court on February 12, 2007 which resolved plaintiffs' claims for injunctive

3    relief and which shall remain in full force and effect in accordance with its terms.

4    The foregoing resolves all issues of plaintiffs' claims for damages, attorneys fees,

5    litigation expenses, and costs.

6

7

8    Dated: April      , 2007

9

10   Dated: April      , 2007
                                        Plaintiff VICTOR MCPETERS
11

12                                      Plaintiff LARRY BISCAMP

13   Dated: April      , 2007

14
                                        Plaintiff BERNARD WALKER
15   Dated: April 2 3 , 2007

16

17                                      Defendant OCEAN VIEW GARDENS, LLC

18   Dated: April 2 3 , 2007

19

20                                      Defendant A.F. EVANS COMPANY, INC.

21   Dated: April 2 3 , 2007

22

23                                      Defendant EVANS PROPERTY
                                        MANAGEMENT, INC.
24

25

26

27

28          [SIGNATURES CONTINUED ON THE NEXT PAGE]

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent Decree and Order Re Damages
and Fees: Case No. C05-3344 JL        — 6 —

1  APPROVED AS TO FORM:

2

3  Dated: April **23**, 2007

4                                    PAUL L. REIN
                                     PATRICIA BARBOSA
5                                    JULIE A. OSTIL
                                     LAW OFFICES OF PAUL L. REIN
6                                    *Julie Ostil*
                                     ─────────────────────
                                     Attorneys for Plaintiffs
7                                    BERNARD WALKER; LARRY BISCAMP;
                                     VICTOR MCPETERS
8
   Dated: April     , 2007          RONALD BUSHNER
9                                    REBECCA BENHURI
                                     WILSON ELSER, MOSKOWITZ,
10                                   EDELMAN & DICKER LLP

11

12                                   ─────────────────────
                                     Attorneys for Defendants
                                     A.F. EVANS COMPANY, INC.; EVANS
13                                   PROPERTY MANAGEMENT, INC.; OCEAN
                                     VIEW GARDENS, LLC
14
   Dated: April     , 2007          RONALD B. BASS
15                                   LINDA H. LEONG
                                     LAW OFFICES OF RONALD B. BASS
16

17                                   ─────────────────────
                                     Attorneys for Defendants
                                     A.F. EVANS COMPANY, INC.; EVANS
18                                   PROPERTY MANAGEMENT, INC.; OCEAN
                                     VIEW GARDENS, LLC
19

20                          **ORDER**

21

22  **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO**

23  **ORDERED.**

24  Dated:_____

25

26

27                                   ─────────────────────
                                     HON. JAMES LARSON
                                     U.S. MAGISTRATE JUDGE
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Consent Decree and Order Re Damages and Fees: Case
No. C05-3344 JL**

— 6 —

s:\jr\cases\oceanview gardens apartments\pleading\f\consent decree re damages & fees final.doc

1   APPROVED AS TO FORM:

2

3   Dated: April    , 2007

4                      PAUL L. REIN
                            PATRICIA BARBOSA

5                      JULIE A. OSTIL
                            LAW OFFICES OF PAUL L. REIN

6                      Attorneys for Plaintiffs

7                      BERNARD WALKER; LARRY BISCAMP;
                            VICTOR MCPETERS

8   Dated: April 23, 2007

9                      RONALD BUSHNER
                            REBECCA BENHURI

10                   WILSON ELSER, MOSKOWITZ,
                        EDELMAN & DICKER LLP

11

12                      Attorneys for Defendants

13                      A.F. EVANS COMPANY, INC.; EVANS
                        PROPERTY MANAGEMENT, INC.; OCEAN

14                      VIEW GARDENS, LLC

15   Dated: April 23, 2007

16                      RONALD B. BASS
                            LINDA H. LEONG

17                      LAW OFFICES OF RONALD B. BASS

                      Attorneys for Defendants

18                      A.F. EVANS COMPANY, INC.; EVANS
                        PROPERTY MANAGEMENT, INC.; OCEAN

19                      VIEW GARDENS, LLC

20                            __ORDER__

21

22   **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO**

23   **ORDERED.**

24   Dated: May 2, 2007

25

26

27

28

Consent Decree and Order Re Damages and Fees: Case
No. C05-3344 JL

IT IS SO ORDERED
Judge James Larson