PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiffs:
BERNARD WALKER; LARRY BISCAMP;
VICTOR MCPETERS

RONALD BUSHNER, Esq. (SBN 98352)
REBECCA BENHURI, Esq. (SBN 209443)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market St., 17th Floor
San Francisco, CA 94105
(415) 433-0990

Attorneys for Defendants:
A.F. EVANS COMPANY, INC.; EVANS PROPERTY MANAGEMENT, INC.;
OCEAN VIEW GARDENS, LLC

RONALD B. BASS, Esq. (SBN 89022)
LINDA H. LEONG, Esq. (SBN 203500)
LAW OFFICES OF RONALD B. BASS
560 Lennon Lane, Suite 100
Walnut Creek, California 94598-2455
Telephone: (925) 256-9855
Facsimile: (925) 943-1427

Attorneys for Defendants, A.F. EVANS COMPANY, INC.,
EVANS PROPERTY MANAGEMENT, INC. and
OCEAN VIEW GARDENS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WALKER; LARRY BISCAMP; VICTOR MCPETERS,<br><br>Plaintiffs,<br>v.<br><br>OCEAN VIEW GARDENS, LLC, A.F. EVANS COMPANY, INC.; EVANS PROPERTY MANAGEMENT, INC. and DOES 1-25, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C05-3344 JL<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order for Dismissal:**
**Case No. C05-3344 JL**                — 1 —                 S:\jo\Cases\O\Oceanview Gardens Apartments\pleadings\stip for dismissal.doc

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The agreement for injunctive relief has been memorialized in a Consent Decree and Order which was signed by the Court on February 12, 2007, and the agreement for damages, attorney fees, litigation expenses and costs has been memorialized in a separate Consent Decree and Order which was signed by the Court on May 2, 2007.

2. By the terms of the February 12, 2007 Consent Decree and Order, the Court has retained continuing jurisdiction to enforce the settlement terms regarding injunctive relief.

The parties therefore agree that, subject to the court's continuing jurisdiction under the February 12, 2007 Consent Decree and Order, the action shall be dismissed with prejudice.

Dated: May 8, 2007

PAUL L. REIN
PATRICIA BARBOSA
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

*Julie Ostil*
Attorneys for Plaintiffs
BERNARD WALKER; LARRY BISCAMP; VICTOR MCPETERS

Dated: May 7, 2007

RONALD BUSHNER
REBECCA BENHURI
WILSON ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Attorneys for Defendants
A.F. EVANS COMPANY, INC.; EVANS PROPERTY MANAGEMENT, INC.; OCEAN VIEW GARDENS, LLC

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Order for Dismissal:
Case No. C05-3344 JL — 2 —

Dated: May 8, 2007

RONALD B. BASS
LINDA H. LEONG
LAW OFFICES OF RONALD B. BASS

_/s/_ 

Attorneys for Defendants
A.F. EVANS COMPANY, INC.; EVANS
PROPERTY MANAGEMENT, INC.; OCEAN
VIEW GARDENS, LLC

### ORDER

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.** The Court will retain jurisdiction to enforce the February 12, 2007 Consent Decree and Order, and the action is hereby dismissed with prejudice.

Dated: May 11, 2007

HON. _____
U.S. M_____

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Order for Dismissal:
Case No. C05-3344 JL

— 3 —